IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## **Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## **Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC |
| Defendant 5 | ARKEMA, INC |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 9 | CHEMGUARD, INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP. |
| Defendant 14 | CORTEVA, INC. |
| Defendant 15 | DEEPWATER CHEMICALS, INC. |
| Defendant 16 | DU PONT DE NEMOURS INC. |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM, INC. |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP, as successor-in-interest to The Ansul Company |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

| | |
|---|---|
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☐   Diversity

    ☒   Federal Question

    ☐   The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐   Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis

      Liver Cancer
      Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

      Count I – Defective Design
      Count II – Failure to Warn
      Count III – Negligence
      Count IV – Negligence Per Se
      Count V – Trespass and Battery
      Count VI – Strict Product Liability
      Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
      Count VIII – Concealment, Misrepresentation, and Fraud
      Count IX – Conspiracy
      Count X – Wrongful Death
      Count XI – Loss of Consortium

      <u>Other Causes of Action</u>:
      Count XII – _____
      Count XIII – _____
      Count XIV – _____
      Count XV – _____
      Count XVI – _____
      Count XVII – _____
      Count XVIII – _____
      Count XIX – _____
      Count XX – _____
      Others
      _____
      _____
      _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025

                                              Respectfully Submitted,

                                              <u>s/Tayjes Shah</u>
                                              Tayjes Shah, Esq.
                                              The Miller Firm, LLC
                                              108 Railroad Ave.
                                              Orange, VA 22960
                                              P: 540-672-4224
                                              Email: tshah@millerfirmllc.com

                                              *Attorneys for Plaintiff*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Acheson, Sheri o/b/o Charles Acheson | 4/9/1972 | Florida | District of New Jersey | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 2. | Adair, John | 10/11/1971 | Virginia | Western District of Missouri | Yes | Yes | No | Kidney cancer, thyroid cancer, thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 3. | Adrihan, Richard | 3/21/1953 | Wisconsin | District of North Dakota | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 4. | Allen, Nellie | 10/2/1983 | Texas | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 5. | Bacchiocchi, Stephan | 10/2/1963 | Texas | Northern District of Illinois | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 6. | Barton, David | 7/6/1972 | California | Central District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 7. | Beals, Mary o/b/o Oliver Crane | 6/11/1965 | Idaho | Southern District of California | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X |
| 8. | Beaver, Katherine o/b/o Daniel Beaver | 12/26/1962 | Maryland | District of Maryland | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 9. | Biondo, Ben | 6/10/1954 | Oklahoma | Western District of Oklahoma | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Bohannon, James | 3/12/1956 | Oklahoma | Central District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 11. | Bradley, Christopher | 11/9/1979 | Florida | Northern District of Illinois | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 12. | Brandon, Vaughan | 5/17/1966 | Minnesota | Southern District of California | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 13. | Brown, Genorris | 3/17/1988 | Georgia | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 14. | Cameron, Cheryl | 9/17/1967 | North Carolina | Middle District of North Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 15. | Campos, Fernando | 1/23/1963 | Texas | Southern District of California | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 16. | Castro, Luis | 12/14/1971 | Texas | Southern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 17. | Certo, Joseph | 2/27/1959 | Montana | District of Kansas | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 18. | Chaffin, Deborah o/b/o Earl Coggins | 6/18/1937 | Arkansas | Eastern District of Arkansas | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X |
| 19. | Chappell, Christopher | 10/17/1967 | Texas | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 20. | Cody, Ronald | 12/27/1963 | Nevada | Central District of California | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 21. | Coffin, Blaine | 11/8/1948 | Idaho | Southern District of California | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 22. | Combs, Carl | 7/10/1949 | Maine | District of Maine | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 23. | Core, Deshawn | 4/14/1978 | California | Central District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 24. | Cox, Charles | 5/11/1947 | New Mexico | District of Minnesota | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 25. | Cromer, Ricky | 4/30/1966 | Pennsylvania | Southern District of Oklahoma | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 26. | Damon, Keith | 4/26/1980 | California | Southern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 27. | Daniels, Paul | 4/12/1974 | California | Southern District of California | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 28. | Dansley, Saphronia o/b/o Othello Dansley | 8/27/1965 | Alabama | District of Maryland | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 29. | Davis, James | 6/14/1973 | Georgia | Southern District of West Virginia | No | Yes | No | Kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 30. | Dean, Jonathan o/b/o Jonanthan Dean | 2/28/1967 | West Virginia | Southern District of West Virginia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 31. | DeLongchamps, Matthew | 7/16/1973 | Nevada | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 32. | Dodson, Stephen | 2/8/1951 | Arkansas | District of Kansas | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 33. | Draper, Lafayette | 3/19/1962 | Tennessee | Northern District of Florida | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 34. | Dudley, Fred | 10/30/1960 | Texas | Eastern District of Washington | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 35. | Espinoza, Brian | 2/2/1982 | Florida | Southern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 36. | Evans, Lorna o/b/o Robert Evans | 4/28/2009 | Colorado | Southern District of California | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 37. | Fatherree, William | 6/12/1965 | Texas | Southern District of California | Yes | Yes | No | Ulcerative colitis and thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 38. | Finch, Lamanski | 4/3/1971 | Mississippi | District of Minnesota | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 39. | Franklin, David | 2/10/1955 | Ohio | Southern District of Ohio | Yes | Nomc | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 40. | Garrett, Kearria | 9/30/1989 | Georgia | Northern District of Georgia | Yes | No | No | Kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 41. | Georgeovich, John | 1/3/1965 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 42. | Grimmer, Patricia | 2/15/1977 | Texas | Western District of Texas | Yes | No | No | Thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 43. | Hadel, Kevin | 6/16/1973 | Minnesota | District of Minnesota | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 44. | Haley, Daniel | 10/11/1970 | Alabama | District of Montana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 45. | Handrinos, Jeremi | 8/7/1974 | California | Eastern District of Pennsylvania | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 46. | Harmon, Scott | 12/29/1970 | Oklahoma | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 47. | Hatahlie, Melville | 3/16/1981 | Arizona | District of Arizona | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 48. | Hawkins, Terrance | 5/23/1976 | Texas | Northern District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 49. | Hermansen, Peter | 8/21/1969 | New York | Northern District of Illinois | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 50. | Hernandez, Juangel | 7/19/1976 | North Carolina | Southern District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 51. | Herrera, Russell | 4/24/1966 | California | Northern District of California | Yes | No | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 52. | Herring, Ronald | 2/5/1954 | North Carolina | Middle District of Florida | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Hinojosa, Russell | 8/25/1968 | California | Central District of California | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 54. | Hobbs, Floyd | 3/9/1951 | Texas | Southern District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 55. | Hoerig, Allen | 5/1/1947 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 56. | Holder, Michael | 2/3/1963 | California | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 57. | Hutchings, Robert | 8/14/1969 | Florida | Middle District of Florida | Yes | Yes | No | Thyrod Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 58. | Johnson, Joseph | 4/18/1952 | Kentucky | Eastern District of Louisiana | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 59. | Jones, Ulus | 7/28/1957 | North Carolina | Eastern District of North Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 60. | Kimmey, Joseph | 7/5/1985 | Ohio | Southern District of Ohio | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 61. | King, Canteria | 3/1/1980 | Maryland | Northern District of Illinois | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 62. | Knesh, Kyle | 8/26/1985 | Illinois | Northern District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 63. | Kreps, Karl | 6/9/1959 | Colorado | Norther District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 64. | Krout, Charles | 7/26/1963 | Alabama | Southern District of Alabama | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 65. | La Fontaine, Gary | 12/8/1955 | California | Northern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 66. | Lassow, Lee | 10/16/1947 | Massachusetts | District of Massachusetts | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 67. | Leager, Robert | 7/21/1970 | Virginia | Eastern District of Virginia | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 68. | Leonard, Billy | 10/5/1959 | Florida | District of South Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 69. | Lindsey, Brian | 1/24/1971 | Alabama | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 70. | Little, Ginger | 2/14/1950 | South Carolian | District of South Carolina | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 71. | Loesch, Indio | 9/13/1978 | California | Northern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 72. | Lucash, Steven | 10/16/1962 | Florida | Northern District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 73. | Manning, Conley | 3/11/1948 | Kentucky | Western District of Kentucky | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 74. | Maroon, Samuel | 1/26/1965 | Florida | Northern District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 75. | Martin, Dawn | 8/16/1970 | Arizona | Southern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 76. | Martinez, Orlando | 9/15/1959 | New Mexico | District of New Mexico | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 77. | Massallo, Israel | 10/28/1953 | New York | District of South Carolina | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 78. | Mcannally, Chris | 6/14/1964 | Alabama | District of South Carolina | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 79. | McCulley, Mary o/b/o Robert McCulley | 4/27/1946 | Florida | Eastern District of North Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 80. | McGehee, Harold | 7/6/1948 | Florida | Northern District of Florida | Yes | Yes | No | Kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 81. | McMillan, Thomas | 3/21/1967 | Texas | District of Colorado | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 82. | Messineo, Matthew | 9/27/1986 | California | Southern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 83. | Miranda, Howard | 1/23/1958 | New York | District of New Mexico | Yes | Yes | No | Kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 84. | Morris, Donald | 11/28/1965 | Washington | Southern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 85. | Morris, Gerald | 5/13/1957 | California | Southern District of California | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 86. | Morykwas, John | 12/29/1949 | Ohio | Northern District of Texas | Yes | Yes | No | Kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 87. | Holland, Gregory O/B/O Gregory Moses | 8/5/1950 | Pennsylvania | Southern District of Florida | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X |
| 88. | Murray, Audie | 3/24/1961 | Texas | Southern District of Florida | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 89. | Murray, Victoria O/B/O Sherwoog Murray | 7/8/1964 | Florida | Southern District of Illinois | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 90. | Myczek, Jeffrey | 6/5/1971 | Illinois | Southern District of Illinois | Yes | no | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 91. | Narron, Jimmy | 8/4/1961 | South Carolina | Northern District of Illinois | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 92. | Nelson, Scott | 11/25/1963 | North Dakota | District of North Dakota | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 93. | Nelson, Mitchell o/b/o C.N. (minor) | 3/14/2013 | Michigan | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 94. | Lewnicky, Virginia o/b/o Timothy O'Connor | 12/4/1954 | Alaska | District of Alaska | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 95. | O'Neil, Michael O/B/O Robert O'Neill | 3/31/1930 | Florida | Middle District of Florida | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 96. | Park, Jon | 5/29/1958 | Florida | District of New Jersey | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 97. | Patterson, David | 10/23/1957 | Michigan | Eastern District of Michigan | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 98. | Patty, Daniel | 8/11/1968 | Kentucky | Southern District of California | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 99. | Peters, Donald | 2/1/1969 | Illinois | District of Hawaii | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 100. | Petroff, John | 10/6/1981 | Washington | Northern District of California | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 101. | Picofsky, Conrad | 9/22/1980 | California | Southern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 102. | Pierson, James | 8/26/1968 | Pennsylvania | District of New Jersey | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 103. | Plaskett, George | 2/23/1957 | New York | Northern District of Illinois | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 104. | Potts, John | 12/21/1960 | Florida | Eastern District of North Carolina | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 105. | Paulson, Daleen | 3/6/1970 | California | Northern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 106. | Powe, Reginald | 1/21/1950 | Texas | Eastern District of Missouri | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Pruitt, Christopher | 9/29/1977 | Delaware | District of Delaware | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 108. | Quiambao, Arleen | 10/26/1965 | California | Southern District of California | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 109. | Rasso, Jesse | 1/29/1957 | California | Central District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 110. | Renzi, Michael | 11/2/1973 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 111. | Rike, Dennis | 8/18/1966 | Indiana | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 112. | Robinson, Sherman | 6/18/1968 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 113. | Roriguez, Pearl | 2/3/1953 | Oklahoma | Western District of Oklahoma | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 114. | Rosant, Robert | 5/29/1980 | New Jersey | Southern District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 115. | Russell, Steven | 8/6/1957 | Arkansas | Western District of Washington | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 116. | Ruttan, Nicholas | 2/20/1979 | California | Central District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 117. | Sanderson, Ronald | 5/22/1952 | Ohio | Southern District of Ohio | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Sankey, Paul | 2/9/1974 | Pennsylvania | Eastern District of North Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 119. | Sauerman, Anastasia | 11/20/1987 | Arizona | District of Arizona | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 120. | Saylor-Burkhardt, Lisa o/b/o Ralph Saylor | 4/10/1957 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 121. | Scavone, Francis | 8/4/1949 | Nevada | District of Nevada | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 122. | Schilling, Brenda O/B/O William Schilling | 7/30/1956 | Georgia | Western District of Washington | Yes | No | No | Testicular Cancer, Thyroid Disease, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 123. | Seals, Rudolf | 12/29/1953 | South Carolina | Eastern District of Virginia | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 124. | Seamons, Steven | 4/24/1949 | Idaho | District of Idaho | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 125. | Seybold, Robert | 3/12/1947 | South Dakota | Southern District of California | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 126. | Simmons, Hubert | 8/8/1937 | Mississippi | Southern District of Mississippi | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 127. | Skillestad, David | 5/14/1947 | California | Southern District of California | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 128. | Sligh, John | 11/19/1957 | South Carolina | Northern District of Florida | Yes | Yes | No | Kidney Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 129. | Smith, Allen | 11/25/1969 | North Carolina | District of South Carolina | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 130. | Smith, Steven | 7/23/1958 | West Virginia | Northern District of Illinois | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 131. | Smith, Marcellous | 10/27/1958 | Louisiana | District of South Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 132. | Stinebaugh, Steven | 11/4/1979 | California | Central District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 133. | Stockman, Mikaela | 11/30/1993 | Virginia | Eastern District of Virginia | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 134. | Strickland, Anthony | 11/3/1990 | New York | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 135. | Ramos, Jorge Suarez | 9/18/1975 | Virginia | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 136. | Swartz, Harry | 8/20/1946 | Florida | Southern District of California | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 137. | Taber, James | 8/7/1956 | Virginia | Southern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |